(No. 711—Claimant awarded $8,787.50.)

HERENDEEN MILLING COMPANY, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed May 1, 1925.*

FRANCHISE TAX—*when refund may be awarded.* Although there may be no legal liability on behalf of the State, the court may as an act of social justice and equity award a refund of the tax erroneously paid.

JOHNSON, MORAN, PALTZER & O'DONNELL, for claimant.

OSCAR E. CARLSTROM, Attorney General; EDWARD C. FITCH, Assistant Attorney General, for respondent.

Mr. JUSTICE LEECH delivered the opinion of the court:

This is a claim to refund certain portions of franchise taxes paid erroneously to the Secretary of State of the State of Illinois by above claimant, in the years 1921, 1922 and 1923, total excess tax paid amounting to $8,787.50.

The demurrer filed by the Attorney General of the State of Illinois is, as a matter of law, sustained.

On the grounds of social justice and equity, we award claimant the sum of $8,787.50.